UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 12-00148-MMM(SPx) | Date | February 15, 2012 |
| Title | Deutsche Bank National Trust Company v. Mohammad Kapadia | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     Order to Show Cause re Payment of the Filing Fee

    On January 31, 2012, defendant Mohammad Kapadia removed this action from the Riverside County Superior Court, Moreno Valley to the federal court.

    On February 14, 2012, the Clerk's Office notified the court that the check for the $350.00 filing fee for the above-referenced case has been returned by the bank with a notation of "Multi-Times NSF."

    The court orders the defendant make an arrangement for the payment of the filing fee plus any additional fee incurred by the Clerk's Office within seven (7) days from the date of this order. Failure to comply with this order shall result in the immediate remand of this case back to the state court.

    An additional fee of $53.00 is required for processing a returned check. The total amount due is $403.00, payable by cashier's check or money order only.

    IT IS SO ORDERED.