JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 12-00148-MMM(SPx) | Date | February 24, 2012 |
| Title | Deutsche Bank National Trust Company v. Mohammad Kapadia | | |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| | |
|---|---|
| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   [In Chambers] Court Order Remanding Case Back to Riverside County Superior Court

    On February 15, 2012, the court issued an order to show cause why this case should not be remanded back to state court for plaintiff's failure to pay the filing fee. Plaintiff was ordered to make the payment to the Clerk's Office within seven (7) days from the date of the order.

    To date, the plaintiff has not made any payment of the filing fee nor filed a response to the order to show cause.

    In light of the plaintiff's non-compliance with the court's order, the court hereby **REMANDS** this case back to the Riverside County Superior Court.